No. 743, Misc. MINOR *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *T. Emmett McKenzie* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 765, Misc. SHEFFIELD *v.* LOUISIANA. Supreme Court of Louisiana. Certiorari denied. *Eugene Stanley* for petitioner. *Jack P. F. Gremillion,* Attorney General of Louisiana, and *M. E. Culligan,* Special Assistant Attorney General, for respondent.

No. 632, Misc.    DAVIS *v.* UNITED STATES, 353 U. S. 960;
No. 635, Misc.    GRAY *v.* UNITED STATES, 353 U. S. 946;
No. 641, Misc.    LEGG *v.* TENEYCKE ET AL., 353 U. S. 960; and
No. 676, Misc.    KALLOS ET UX. *v.* NEW YORK, 353 U. S. 956.    Petitions for rehearing denied.

JUNE 17, 1957.

No. 911.    DOOLEY *v.* VIRGINIA. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *G. Galt Bready* and *James L. Dooley* for appellant. *J. Lindsay Almond, Jr.,* Attorney General of Virginia, and *C. F. Hicks,* Assistant Attorney General, for appellee.